UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE G. BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>DG STRATEGIC VII, LLC, et al.,<br><br>        Defendants. | Case No. 19-cv-00833-JD<br><br>**ORDER TO SHOW CAUSE** |

The Court entered a fourth amended scheduling order on October 13, 2020, which set a deadline of February 16, 2021, to file a motion for class certification, and a deadline of July 9, 2021, for filing dispositive motions. Dkt. No. 62. The Court separately advised the parties that the deadlines set in the fourth amended scheduling order would likely be the last extensions. Dkt. No. 61.

None of the amended deadlines were met, and nothing has been filed on the docket by the parties since October 2020. Plaintiff is directed to show cause in writing by September 10, 2021, why the case should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b). A failure to meet this deadline will result in a dismissal of the complaint and closure of the case for failure to prosecute under Rule 41(b).

**IT IS SO ORDERED.**

Dated: August 27, 2021

JAMES DONATO
United States District Judge